IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAMOND LaNEIL BARNES, | ) |
| | ) |
| Petitioner, | ) |
| vs. | ) |
| | ) Case No. 16-cv-798-DRH-CJP |
| JEFF HUTCHINSON, | ) |
| | ) |
| Respondent. | ) |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is petitioner's Motion to Exempt U.S. Veteran's Securities for All Costs and Fees Incurred in This Seaman's Suit. **(Doc. 15)**.

In the order on preliminary review, the Court directed petitioner to file a motion for leave to proceed in forma pauperis using the Court's form. Doc. 9. P. 4. The clerk of court's office mailed him the form on November 9, 2016. Instead of following the Court's direction, petitioner filed the instant motion.

Relying on 28 U.S.C. §1916, petitioner moves for leave to proceed without prepayment of fees or costs.

28 U.S.C. §1916 provides that "In all courts of the United States, seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor."

Petitioner's action is a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. It is not a seaman's suit subject to §1916. Further, petitioner's

status as a veteran of the U.S. Navy does not make him a seaman within the meaning of §1916.

Petitioner's Motion to Exempt U.S. Veteran's Securities for All Costs and Fees Incurred in This Seaman's Suit **(Doc. 15)** is **DENIED**.

On or before December 23, 2016, petitioner shall either (1) pay the filing fee, or (2) file a motion for leave to proceed in forma pauperis using the Court's form.

Petitioner is cautioned that failure to follow the Court's orders may result in the imposition of sanctions and/or the dismissal of this action. Further, the filing of frivolous pleadings such as this motion waste the Court's resources and subjects petitioner to the imposition of sanctions.

**IT IS SO ORDERED.**

**DATE:  December 9, 2016.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**