**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **DIAMOND LANEIL BARNES,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 16-CV-798-SMY** |
| | ) | |
| **JEFF HUTCHINSON, et al,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

**YANDLE, District Judge:**

Petitioner Diamond LaNeil Barnes, an inmate of the Illinois Department of Corrections, has filed several motions in this closed habeas matter: Motion to Alter Judgment (Doc. 86), Motion for Leave to Proceed *in forma pauperis* (Doc. 89), Motion to Set Aside Judgment (Doc. 90), Motion to Waive (Doc. 91), and Motion for Entry of Default (Doc. 92).

In July 2016, Barnes filed a habeas petition challenging his sentence under 28 U.S.C. § 2254. After the issues were fully briefed and considered, the Court denied Barnes' Petition as untimely and dismissed this case in April 2017 (Docs. 29, 35). Barnes filed a Notice of Appeal on June 23, 2017 (Doc. 43). The Seventh Circuit Court of Appeals issued Mandate in January 2018, dismissing Barnes' appeal on the merits, finding that his Petition was "plainly untimely" (Doc. 66-1, p. 1).

An appeal having been taken and dismissed, all issues having been disposed of and with the case now closed, this Court lacks jurisdiction to rule on Barnes' motions. Accordingly, the motions (Docs. 86, 89, 90, 91, and 92) are **DENIED**.

In light of Petitioner's persistence in improperly filing motions in this closed case, the

Court **CAUTIONS** him against filing any motions under this civil case number in the future.

Failure to heed this warning may result in sanctions, including revoking Barnes' filing privileges.

**IT IS SO ORDERED.**

**DATE:  February 8, 2023**

**STACI M. YANDLE**
**United States District Judge**